NORRIS, McLAUGHLIN & MARCUS, P.A.
721 Route 202-206, Suite 200
Bridgewater, New Jersey 08807-5933
(908)-722-0700
Attorneys for Defendants David Lawrence,
Eric Laning, and Safety and Ecology Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL C. BACHEMIN, KATHERINE C. THACKER, and JAASON M. WATSON, | CASE NO. |
| Plaintiffs, | |
| -vs- | ELECTRONICALLY FILED |
| DAVID LAWRENCE, ERIC LANING, and SAFETY AND ECOLOGY CORPORATION, | |
| Defendants. | |

**F.R.C.P. 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants, David Lawrence, Eric Laning and Safety and Ecology Corporation ("SEC"), hereby states that SEC is a Nevada corporation which is wholly owned by Safety & Ecology Holdings Corporation. Safety & Ecology Holdings Corporation is wholly owned by Homeland Security Capital Corporation ("HSCC"). More than 10% of HSCC is publicly owned.

NORRIS, McLAUGHLIN & MARCUS, P.A.
Attorneys for Defendants

By:___s/ *Patrick T. Collins*___

Dated: October 7, 2011