```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
PAUL C. BACHEMIN, et al,

     Plaintiffs,              Civil Action No. 2:11-cv-5859

v.
                              ORDER OF DISMISSAL
DAVID LAWRENCE, et al,

     Defendants.
-----------------------------X
```

The parties having notified the Court that this matter has been settled, terms placed on the record in open court,

It is on this 6th day of May, 2013,

ORDERED that this matter is hereby dismissed.

                                      s/William J. Martini

                                      _____

                                      WILLIAM J. MARTINI, U.S.D.J.